March 13, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JOSEPH ANTHONY THOMAS, Appellant

NO. 14-13-00173-CV                         V.

LAKE COVE COMMUNITY ASSOCIATION, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Lake Cove Community Association, Inc., signed November 13, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Joseph Anthony Thomas, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.